IN THE SUPREME COURT OF TENNESSEE
AT NASHVILLE

**NOT FOR PUBLICATION**

| | | |
|---|---|---|
| ROBERT BEAN, FRANKLIN SHAFFER, DAVID AUTRY, MACK ROBERTS, KEVIN ANTLE, TOM NICHOLS, TAMMIE BEASLEY, and ROXANNE LUCE, | ) ) ) ) ) ) | |
| Plaintiffs/Appellees, | ) ) | DAVIDSON CHANCERY |
| v. | ) ) | |
| NED RAY McWHERTER, in his capacity as Governor of the State of Tennessee, CHARLES W. BURSON, Attorney General of the State of Tennessee, TENNESSEE WILDLIFE RESOURCES COMMISSION, and GARY MYERS, Director of the Wildlife Resources Agency, | ) ) ) ) ) ) ) ) ) | Appeal No. 01S01-9607-CH-00132 |
| Defendants/Appellants. | ) | |

FILED

October 27, 1997

Cecil W. Crowson
Appellate Court Clerk

## ORDER ON PETITION TO REHEAR

A petition for rehearing has been filed on behalf of Plaintiffs/Appellees. After consideration of the same, the Court is of the opinion that the petition should be and the same is hereby denied at the cost of Plaintiffs/Appellees.

Enter this _____ day of October, 1997.

PER CURIAM